■ In the Matter of the Arbitration between BOARD OF EDUCATION OF WATERTOWN CITY SCHOOL DISTRICT, Respondent, and WATERTOWN EDUCATION ASSOCIATION, Appellant. [668 NYS2d 515] —Order unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Arbitration.) Present—Denman, P. J., Lawton, Hayes, Balio and Boehm, JJ.